# Third District Court of Appeal

### State of Florida

Opinion filed August 21, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-87
Lower Tribunal No. 17-195-K
_____

### Lee Robert Rohe and Susan Rohe,
Appellants,

vs.

### Wells Fargo Bank, N.A.,
Appellee.

An Appeal from the Circuit Court for Monroe County, James M. Barton, II, Senior Judge.

Lee Robert Rohe, for appellants.

Carlton Fields, P.A., and Michael K. Winston and Dean A. Morande (West Palm Beach), for appellee.

Before SALTER, FERNANDEZ, and LOGUE, JJ.

PER CURIAM.

Affirmed.

EXHIBIT F