

ORDERED in the Southern District of Florida on September 4, 2019.

*A. Jay Cristol*

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.  19-12053-BKC-AJC |
| SUSAN LYNNE ROHE | Chapter 13 |
| Debtor._____/ | |
| SUSAN LYNNE ROHE | Adv. Pro. No.:  19-01224-AJC |
| Plaintiffs, | |
| v. | EXHIBIT 1 |
| WELLS FARGO BANK, N.A. | |
| Defendant._____/ | |

### ORDER GRANTING WELLS FARGO BANK, N.A.'S
### AMENDED MOTION TO DISMISS COMPLAINT [ADV. ECF NO. 11]

**THIS CAUSE** came before the Court for hearing on August 27, 2019, at 9:00 a.m. upon Wells Fargo Bank, N.A.'s Amended Motion to Dismiss Complaint (Adv. ECF No. 11) (the

EXHIBIT I

"Motion to Dismiss") and Wells Fargo Bank, N.A.'s Motion for Abstention (Adv. ECF No. 12) (the "Motion for Abstention"). The Court, having reviewed the Motion to Dismiss and the Motion for Abstention, and having considered presentations of counsel and the record in this Proceeding and the Bankruptcy Case,

**ORDERS as follows:**

1. The Motion to Dismiss is **GRANTED.**

2. Debtor's Complaint for Adversary Proceeding (Adv. ECF No. 1) is DISMISSED with prejudice, *nunc pro tunc* to July 14, 2019.

3. The Motion for Abstention is **DENIED**, as moot.

###

Submitted by:

David L. Gay
Carlton Fields, PA
Florida Bar No. 839221
100 S.E. Second Street, Suite 4200
Miami, FL 33131-2113
Tel: (305) 530-0050
dgay@carltonfields.com

[David L. Gay is directed to serve copies of this order on all interested parties and to file a certificate of service as required under Local Rule 2002-1(F)]