# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 19-12053-AJC |
| Susan Lynne Rohe, | |
| Debtor in Possession, | Chapter 13 |
| Address: 2110 Palm Beach Rd. Big Pine Key, Florida 33043 3673 | |
| | |
| Susan Lynne Rohe, | |
| Plaintiff, | Adv. Proc. No: 19-01224 |
| v. | |
| Wells Fargo Bank, N.A. | |
| Defendant. | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1:  Identify the Appellant:

1. Name of Appellant:  Susan Lynne Rohe, Debtor.
2. Position of Appellant in the bankruptcy case that is the subject of this appeal: Debtor in possession.

EXHIBIT K

**Part 2: Identify the subject of this Appeal:**

Describe the Order(s) appealed from: Order Granting Wells Fargo Bank, N.A.'s Amended Motion to Dismiss Complaint (Doc 18).

Order entered on September 5, 2019.

**Part 3: Identify the parties to the Appeal:**

Party: Wells Fargo Bank, N.A.

David Gay, Esq.
Carlton Fields Jorden Burt
Miami Tower
100 SE Second Street, Suite 4200
Miami, FL 33131-7265
Telephone: 305-539-7265
Email: DGay@carltonfields.com.

**Part 4: Optional election to have appeal heard by the District Court:**

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below:**

*[signature]*                                   Date: September 7, 2019

Lee Robert Rohe, Esq.
Attorney for Appellant/Debtor
P.O. Box 430678
Big Pine Key, Florida 33043
(305) 745-2254
Email: lrrlaw@bellsouth.net
Florida Bar No: 271365