IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT,
IN AND FOR MONROE COUNTY, FLORIDA

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

LEE E ROHE, individually, SUSAN L. ROHE, individually, et al.,

    Defendants.

CASE NO.: 2017-CA-195-K
JUDGE TIMOTHY J. KOENIG

## ORDER RESTORING CASE TO ACTIVE STATUS

This cause came before the Court to restore the case to ACTIVE status due to:

☒ Bankruptcy stay having been lifted, Case No. 19-12053-AJC [BKST]

☐ Related case having been resolved or disposed, Case No. _____ [CPRC]

☐ Written agreement of the parties [BWAP]

☐ Appeal disposed [AP]

☐ Department of Justice/Attorney General settlement review has been completed [DOJ/AG]

☐ Other (a reason must be provided in writing by the presiding judge or designee) [OTH]

The Clerk of Court is therefore directed to remove this case from INACTIVE status and designate it as an ACTIVE case based on the reason checked above.

DONE AND ORDERED in Chambers, at Key West, Florida, this 22 of August, 2019.

TIMOTHY J. KOENIG
CIRCUIT JUDGE

Copies furnished to:

Shapiro, Fishman & Gache, LLP
Michael Winston, Esq.
Christopher O. Aird, Esq.
Lee R. Rohe, Esq.
James Alan Poe, Esq.

EXHIBIT P

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA
CIVIL DIVISION

WELLS FARGO BANK, N.A.,

        Plaintiff,

vs.

CASE NO.  17-CA-000195-K
DIVISION: Civil – Foreclosure (Fowler)

LEE R. ROHE, individually; and, SUSAN L. ROHE, individually,

        Defendants.
_____/

## ORDER RESCHEDULING FORECLOSURE SALE

THIS CAUSE came before the Court on the Motion To Reschedule The Foreclosure Sale Following Bankruptcy Court's August 16, 2019 Decision, filed by Plaintiff, Wells Fargo Bank, N.A., on August 21, 2019, and the Court, having reviewed the motion, and being duly advised in the premises, it is

ORDERED and ADJUDGED that:

1.    Plaintiff's Motion for Order to Reschedule Foreclosure Sale is **GRANTED** as set forth herein.

2.    The foreclosure sale previously cancelled herein, in connection with the Final Judgment of Foreclosure entered December 21, 2018, is hereby rescheduled for _Sept. 26_, 2019, to be held at the Monroe County Courthouse, 500 Whitehead Street, Key West, FL 33040, beginning at 11:00 a.m., in accordance with Chapter 45 Florida Statutes.

3.  Plaintiff is directed to prepare and file an appropriate notice of sale setting forth the rescheduled foreclosure sale date herein, and to arrange for publication of same in accordance with § 45.031, Fla. Stat.

DONE AND ORDERED in Chambers in Monroe County, Florida, this 22 day of Aug, 2019.

*T.J. Koenig*
TIMOTHY J. KOENIG
Circuit Court Judge

Copy furnished to:

Michael Winston, Esq. (mwinston@carltonfields.com)
Christopher O. Aird, Esq. (caird@carltonfields.com)
Steven M. Blickensderfer, Esq. (sblickensderfer@carltonfields.com)
Lee R. Rohe, Esq. (lrrlaw@bellsouth.net)