IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA

CIVIL DIVISION

WELLS FARGO BANK, N.A.,

    Plaintiff,

vs.

CASE NO. 17-CA-000195-K
DIVISION: Civil – Foreclosure

LEE R. ROHE, individually, SUSAN L. ROHE, individually, *et al.*,

    Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION TO VACATE FORECLOSURE SALE

THIS CAUSE having come before the Court on the Motion to Vacate Order of August 22 Rescheduling Sale for September 26 filed by Defendants, Lee R. Rohe and Susan L. Rohe, on September 2, 2019, and having reviewed the motion, Plaintiff's response, and otherwise being duly advised in the premises, it is hereby **ORDERED and ADJUDGED** that:

Defendants' Motion is (DENIED) / GRANTED.

DONE and ORDERED in Chambers in Monroe County, Florida, this 10 day of September, 2019.

TIMOTHY J. KOENIG
Circuit Court Judge

Conformed copies to:

Michael Winston (mwinston@carltonfields.com)
Christopher O. Aird, Esq. (caird@carltonfields.com)
Steven Blickensderfer (sblickensderfer@carltonfields.com)
Lee R. Rohe, Esq. (lrrlaw@bellsouth.net)

EXHIBIT U