# • CLASSIFIEDS, PUBLIC & LEGAL NOTICES • 305.743.0844

## LEGAL NOTICES

**NOTICE OF PUBLIC SALE**
U-HAUL COMPANY OF MIAMI
Notice is here by given that on September 23rd, 2019, Leonard Richford Jr. Storage Auctioneer, Executive Administrator for U-Haul Company of Miami, Will be offering for sale under the Judicial Lien Process, By Public Auction, the following storage units. The Terms of the sale will be cash only. U-Haul Company does reserve the right to refuse any bids. The sales will Begin at 8:00 a.m. and continue day by day until all units are sold.
103530 Overseas Highway, Key Largo, FL. 33037.
Names And Last Known Addresses are as Follows:
Philip Bangert
Unit # 1670
$649.76
Philip Bangert
Unit # 1334
$935.12
Kelly Draeger
Unit #1326
$1,457.27
Dianna Sherrill
Unit # 1193
$465.72
Publish:
September 5 & 12, 2019
The Weekly Newspapers

**NOTICE OF PUBLIC MEETING**
MONROE COUNTY TOURIST DEVELOPMENT COUNCIL – DISTRICT ADVISORY COMMITTEE MEETINGS
DAC I will meet on Wednesday, October 2, 2019 at 3:00 p.m. at the Marriott Beachside in Key West.
DAC II will meet on Tuesday, October 1, 2019 at 6:00 p.m. at the Tennessee Williams Theatre in Key West.
DAC III will meet on Wednesday, October 2, 2019 at 9:30 a.m. at Courtyard Marriott in Marathon.
DAC IV will meet on Tuesday, October 1, 2019 at 2:00 p.m. at the Islander Resort in Islamorada.
DAC V will meet on Tuesday, October 1, 2019 at 10:00 a.m. at the Holiday Inn in Key Largo. All DAC meetings are open to the public.
ADA ASSISTANCE: If you are a person with a disability who needs special accommodations in order to participate in these proceedings, please contact the County Administrator's Office, by phoning (305) 292-4441, between the hours of 8:30 a.m. - 5:00 p.m., no later than five (5) calendar days prior to the scheduled meeting; if you are hearing or voice impaired, call "711".
Publish:
September 12, 2019
The Weekly Newspapers

**DISTRICT I ADVISORY COMMITTEE (DAC I)** (Encompasses the city limits of Key West) of the MONROE COUNTY TOURIST DEVELOPMENT COUNCIL has an opening for a LODGING INDUSTRY REPRESENTATIVE – shall be owners or operating/general managers of motels, hotels, recreational vehicle parks or other tourist accommodations which are subject to bed tax in the tax collection district for which they are applying. Any person wishing to participate on the District I Advisory Committee of the Monroe County Tourist Development Council within the district so noted above, may request an application from the Administrative Office by calling (305) 296-1552 and submit an application to the address shown below:
Department DAC
Monroe County Tourist Development Council
1201 White Street, Suite 102
Key West, FL 33040
Fax #: (305) 296-0788
Deadline for receipt of application at the above address is Friday, October 4, 2019 at 5:00 p.m. A resume may be attached to the application.
Publish:
September 12, 2019
The Weekly Newspapers

**ORDINANCE 463 - 2019**
AN ORDINANCE OF THE CITY OF KEY COLONY BEACH, FLORIDA; AMENDING CHAPTER FOUR OF THE CODE OF ORDINANCES, ENTITLED ANIMALS AND FOWL, ARTICLE 1, IN GENERAL, SECTION 4–10, REMOVAL OF DEFECATION ON PRIVATE OR PUBLIC PROPERTY, PROVIDING FOR CODIFICATION; REPEALING ANY INCONSISTENT PROVISIONS; PROVIDING FOR SEVERABILITY; AND PROVIDING AN EFFECTIVE DATE.
WHEREAS, It is unlawful for any person while walking dog, cat or other animal to allow such animal to defecate upon private property not owned by the person or upon public property, including but not limited to sidewalks and swales, without removing the defecation, and
WHEREAS, the City of Key Colony Beach promotes the safe and healthy environment wherever possible,
NOW THEREFORE, BE IT ENACTED BY THE CITY COMMISSION OF THE CITY OF KEY COLONY BEACH, FLORIDA, as follows: (Additions to the ordinance are underlined; deletions are crossed out.)
Sec. 4-10. - Removal of defecation on private or public property.
(a)   It shall be unlawful for any person while walking a dog, cat or other animal to allow such animal to defecate upon private property not owned by the person or upon public property, including but not limited to sidewalks and swales, without removing the defecation immediately.
(b)   This section shall not apply to a blind person while walking his or her guide dog.
(c)   The maximum penalty for the violation of this section shall not exceed ten be fifty dollars ($10.00) ($50.00) for the first offense and fifteen one hundred dollars ($15.00) ($100.00) for each subsequent offense.
This Ordinance shall become effective October 1, 2019.
John DeNeale, Mayor
Attest: Rebecca Todd, City Clerk
Approved as to form and legal sufficiency:
Thomas D. Wright, City Attorney
Publish:
September 12, 2019
The Weekly Newspapers

**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR MONROE COUNTY, FLORIDA CIVIL ACTION**
Case No: 44-2017-CA-195-K
NOTICE OF FORECLOSURE SALE BY CLERK OF THE CIRCUIT COURT
Notice is hereby given that the undersigned, Kevin Madok, Clerk of the Circuit Court of Monroe County, Florida, will, on the 26th day of September, 2019, at 11 o'clock a.m., at 500 Whitehead Street, Monroe County, in the City of Key West, Florida, offer for sale and sell at public outcry to the highest and best bidder for CASH the Following described property situated in Monroe County, Florida, to wit:
Lot 43, Block 3 of Pine Ridge, according to the plat thereof as recorded ion Plat Book 4, Page (s) 42, of the Public Records of Monroe County, Florida
Property address: 2110 Palm Beach Road, Big Pine Key, FL 33043.
Pursuant to ORDER RESCHEDULING FORECLOSURE SALE entered in a case pending in said Court, the 22nd day of August, 2019
Style of which is:
WELLS FARGO BANK, N.A.
Plaintiff,
VS.
LEE R. ROHE, individually; and, SUSAN L. ROHE, individually, et. al
Defendant
And the Docket Number of which is Number 44-2017-CA-195-K
WITNESS my hand and the Official Seal of Said Court, this 23RD day of August, 2019.
KEVIN MADOK
Clerk of the Circuit Court
Monroe County, Florida
By: Shonta McLeod
Deputy Clerk
Florida Statute 45.031: Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the Lis Pendens must file a claim within 60 days after the sale.
Publish:
September 12 & 19, 2019
The Weekly Newspapers

**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR MONROE COUNTY, FLORIDA CIVIL ACTION**
Case No: 17-CA-000222-P
NOTICE OF FORECLOSURE SALE BY CLERK OF THE CIRCUIT COURT
Notice is hereby given that the undersigned, KEVIN MADOK, Clerk of the Circuit Court of Monroe County, Florida, will, on the 26TH DAY OF SEPTEMBER 2019 at 11:00AM on THE FRONT STEPS OF THE MONROE COUNTY COURTHOUSE, 500 WHITEHEAD STREET, in the City of KEY WEST Florida, offer for sale and sell at public outcry to the highest and best bidder for CASH the following described property situated in Monroe County, Florida, to wit:
LOT 22, Block 11, KEY LARGO MOBILE HOMESITES, PLAT 4, as recorded in Plat Book 6, Page 15, of the Public Records of Monroe County, Florida, together with a 1973 JAMI mobile home, (Identification Number 2338, Title Number 5617695).
Pursuant to the FINAL SUMMARY JUDGMENT entered in a case in said Court, the style of which is:
Al and Sue Weihl
Plaintiff,
VS.
Alexandra Peacock; MONROE COUNTY BOARD OF COUNTY COMMISSIONERS; UNKNOWN SPOUSE OF ALEXANDRA PEACOCK; UNKNOWN TENANT 1; UNKNOWN TENANT 2
Defendant
And the Docket Number of which is Number 17-CA-000222-P
WITNESS my hand and the Official Seal of Said Court, this 13TH day of AUGUST, 2019.
KEVIN MADOK
Clerk of the Circuit Court
Monroe County, Florida
By: Gwen Douglass
Deputy Clerk
Florida Statute 45.031: Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the Lis Pendens must file a claim within 60 days after the sale.
Publish:
September 12 & 19, 2019
The Weekly Newspapers

**IN THE CIRCUIT COURT FOR MONROE COUNTY, FLORIDA PROBATE DIVISION**
FILE NO.: 19-CP-000092-P
IN RE: ESTATE OF RONALD R. SCHOKA, Deceased.
NOTICE TO CREDITORS
The administration of the estate of Ronald R. Schoka, deceased, whose date of death was June 21, 2019, is pending in the Circuit Court for Monroe County, Florida, Probate Division, the address of which is 88820 Overseas Hwy., Tavernier, FL 33070. The names and addresses of the personal representative and the personal representative's attorney are set forth below. All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.
All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE. ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED. NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.
The date of first publication of this notice is: September 12, 2019.
Personal Representative:
Barbara K. Schoka
132 1st Road
Key Largo, FL 33037
Attorney for Personal Representative:
Anthony A. Velardi, Esq.
Florida Bar No. 113917
Patricia Gessel, Esq.
Florida Bar No. 84328
Patricia Gessel, PA
99530 Overseas Hwy., Suite 2
Key Largo, FL 33037
Telephone: (305) 453-5277
Fax: (305) 453-4985
E-Mail: Anthony@keylargolaw.com &
Alonso.at12@aol.com
Publish:
September 12 & 19, 2019
The Weekly Newspapers

**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, IN AND FOR MONROE COUNTY, FLORIDA**
Case No.: 19-DR-728-K
Division: Family
GLORIA LUZ VARGAS ARANGO, Petitioner,
and
CADIR MEDINA CAMPO, Respondent.
NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE
TO: CADIR MEDINA CAMPO
Last Known Address: UNKNOWN
YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on GLORIA LUZ VARGAS ARANGO, whose address is 109 DUVAL ST, APT B 2ND FLOOR, KEY WEST, FL 33040, on or before September 22, 2019, and file the original with the clerk of this Court at 530 Whitehead Street, Key West, FL 33040, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.
Copies of all court documents in this case, including orders, are avail... (Clerk of the Circuit...
revie...
reque...
You m...
Circui...
of you...
(You r...

Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the addresses on record at the clerk's office.
WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.
Dated this 19th day of August, 2019
Kevin Madok, CPA
Clerk of the Circuit Court
Monroe County, Florida
By: Jaquelyn Fonseca
Deputy Clerk
Publish:
August 22, 29, September 5 and 12, 2019
The Weekly Newspapers

## AUTOS WANTED
ALL YEARS! Junk or Used. Cars - Vans - Trucks- Running or Not. $ C A S H $
305-332-0483

## AUTOS FOR SALE
NEED TO SELL YOUR CAR? Line ads start at $25/week for 5 lines of copy! Call 305-743-0844 today to get your car SOLD!

2013 Chrysler Convertible Snowbird car. Only 18k miles, original owner, located in Marathon. $7,500 Text Angie at 419-870-0025 SOLD!!!

## BOATS FOR SALE
'66 Glander 33' Yawl, 4 cyl. universal diesel 25hp w/ sails. Boat needs topside work. $5000.00 Located in Key Largo. Text is best. 305-394-7432

1983 36' Topaz Express, twin 435hp 3208 Cats with low hours, tower, located in Marathon. Project but engines are good. $25,000 OBO Call Brad 305-481-6232

25' Parker open fishermen 300 Yamaha, low hours new lower unit, trailer, custom painted and totally remodeled. Great family boat or charter. Loaded with extras. $39,900 OBO 305-393-1415

'95 Intrepid CC 28' - '98 Yamahas X225 - low hours. Too many options to list. Appraisal was $72,400 w/trailer. Asking $55,000 OBO. Located in Marathon. Please call after 1 pm - (305) 743-6505

REDUCED 2000 Hydra-Sports 230CC w/225HP Johnson. 470 hours. Many extras. Located in Big Pine Key. $10,000. 734-904-2818 SOLD

## BOAT DOCKAGE
Boat Dockage - 45 ft - Behind private house off Boot Key Harbor in Marathon. $15-$20/ft. 30/50 amp avail. Text James 409-370-0025

## EMPLOYMENT
NOW HIRING - Full Time Seafood Packers/Graders. Competitive Wage. Apply in person at Key Fisheries...

oriented individual, who is computer savvy and can handle a fast paced environment. Duties include managing closing files, coordination with Realtors, sellers, buyers, and lenders, regularly updating all involved parties. Salary, health insurance. Fax resume to 305-872-4041.

Marathon Seawalls and Docks looking for Laborers w/CDL License. Please come to 210 20th Street to fill out application. 305-289-9393

Help wanted - Big Time Bait and Tackle - competitive wages and working 30-40 hrs a week. Contact manager Erich Yankovich 239-910-0878

Construction Supervisor needed in Upper Keys- Must have ability to schedule & organize multiple people & trades. Send resume to admin@cbtconstruct.com 305-852-3002

Need Experienced Carpenters AND Office Admin./Permit Clerk in Upper Keys. Must have valid Driver's License, Tools & Transportation. Send resume to: admin@cbtconstruct.com 305-852-3002

IMMEDIATELY HIRING: Hideaway Cafe on Grassy Key: Food Runner, Busser, Dishwasher & Prep. Call for appointment 305-289-1554.

Experienced Diesel Technician wanted. Tools and experience is a must. Electronic engine diagnostic experience preferred. Opportunity for growth and training available for qualified applicants. Florida Keys Diesel Repair, 531 107th Street, Marathon. 305-289-2070

City of Marathon - Job Openings: Code Compliance Officer, Wastewater Plant Operator Trainee, Planner/Sustainabilty Coordinator, Seasonal Customer Service Rep - Marina. EOE, FULL BENEFITS www.ci.marathon.fl.us

The Island Gift Shops (Marooned In Marathon 1 & 2) are looking for happy responsible employees to complement our current staff. PART TIME HOURS in a fun environment (good fit for second job) and retirees are welcome! Apply in person at Marooned In Marathon, 11528 Overseas Highway.

Key Colony Inn - NOW HIRING AM/PM SERVERS. Apply in person: 700 Ocean Drive, Key Colony Beach, FL or call for details: (305) 743-0100

## EMPLOYMENT
SWEET SAVANNAH'S is now hiring for Afternoon and Evening shifts. Please apply in person 8919 Overseas Hwy. Marathon

Experienced Help Only needed for all positions. Apply in person Mon-Fri 10-11am at Sunset Grille & Raw Bar, Knights Key Blvd. Marathon

## HOBBIES/COLLECT.
PRIVATE COLLECTOR WANTS Rolex, Dive Watches and Pilot Watches. Old Model Military Clocks & Watches. Call 305-743-4578

## HOUSING FOR RENT
Long-term rental available in Marathon. 1BR/1BA unfurnished 1/2 Duplex. $1,500/month + utilities. F/L/S 305-481-6887

Newly renovated dormitory style housing available in Marathon. Temporary to semi-permanent. Up to 15 people. Long-term to short-term stays. Call Bob at Hall's Diving 305-743-5929

Room for Rent in Marathon w/private bathroom. TV, Waterfront, Pool/Jacuzzi, Laundry. $800/mo. incl. utilities. 305-280-3869. RENTED

## OFFICE SPACE
FOR RENT in Marathon: Office/Retail Space, 1500sf w/ additional 2 covered porches incl. Open water views, US-1 frontage, $2700/month. Also small Office Space $500/month. Wifi & Utilities included. Onsite storage & or yard space avail prices by size. Call 305-743-7277

Small office space available for rent. On U.S. 1 in Tavernier. Conveniently located to everything. 305-394-0530

## RV LOT FOR RENT
Large RV Lot for rent in Marathon. Full hook up. $800/month plus utilities. 305-942-0789

RV Large Lot for Rent in Marathon. Includes 30 ft dock, $1,400/month + util. Key RV, 6099 Overseas Hwy #15-E. 760-565-7210 or 760-574-4915

isla bella
BEACH RESORT
**NOW HIRING**
Lead Retail Associate
**$16.00/hour**
• Assist in all areas of the market place as necessary
• Able to execute task required in front and back of the house
• Ability to motivate team and knowledge of micros
• Acts as Supervisor when one is not present
• Responsible for all cash in the market place
• Retain product knowledge to share with Customers and Staff members

EXHIBIT V